# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

JAMES CHRISTOPHER WHITE

v.  Case No.: 1:23−cv−00108−TRM−CHS

HAMILTON COUNTY TENNESSEE


### ORDER SETTING CASE MANAGEMENT CONFERENCE

In accordance with the Federal Rules of Civil Procedure, a telephonic case−management conference before United States District Judge Travis R. McDonough will be held at 01:30 PM [Eastern] on Tuesday, August 8,2023. Counsel should direct any request to reschedule to mcdonough_chambers@tned.uscourts.gov, with a copy to other counsel. Dial−in instructions will be circulated by e−mail prior to the case−management conference.

The Court expects counsel to be prepared to engage in a substantive conversation concerning the case, including the substance of the parties' legal theories, the facts in dispute, anticipated evidence, and any and all issues contemplated in Rule 16(a)(1) – (5) and 16(c)(2)(A) – (P).

The parties must comply with Rule 26(a)(1), requiring certain initial disclosures, and Rule 26(f), requiring a discovery planning meeting and filing a report of the discovery planning meeting with the Court, before the case management conference.

Pursuant to L.R. 16.1(b), each party who is not proceeding pro se shall be represented by an attorney who has the authority to bind that party regarding all matters identified by the Court for discussion at the conference and all reasonably related matters.

The Court expects counsel to have reviewed the form scheduling order available at http://www.tned.uscourts.gov/sites/tned/files/mcdonough_scheduling_order.pdf and to have reviewed the judicial preferences available at http://www.tned.uscourts.gov/content/travis−r−mcdonough−united−states−district−judge before attending the conference.

Prior to attending this conference, counsel should discuss with their clients whether the parties will consent to have a United States Magistrate Judge conduct all further proceedings including trial and entry of a final judgment. Counsel may obtain a consent form at http://www.uscourts.gov/file/459/download.

Additionally, the parties are hereby **ON NOTICE** that a United States Magistrate Judge is available to conduct all proceedings in this case and to order the entry of a final judgment pursuant to 28 U.S.C. Section 636(c), Fed. R. Civ. P. 73, and E.D. Tenn. L.R. 7.5 & 72.3. Parties who decide to consent to the assigned magistrate judge **SHALL** file a notice of consent prior to the scheduled case−management conference. The parties are **ON NOTICE** that the Court is unlikely to accept the parties' consent and refer the case to the assigned magistrate judge after it conducts a case−management conference and enters a scheduling order.

/s/ Travis R. McDonough  
TRAVIS R. MCDONOUGH  
UNITED STATES DISTRICT JUDGE